■ In the Matter of JOHN ZAHARATOS, Petitioner, v DELORES J. THOMAS, a Justice of the Supreme Court, Kings County, et al., Respondents. [17 NYS3d 650]—Proceeding pursuant to CPLR article 78, inter alia, in the nature of mandamus to compel the respondent Delores J. Thomas, a Justice of the Supreme Court, Kings County, to fix an undertaking pursuant to CPLR 5519 (c).

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner failed to establish a clear legal right to the relief. Dillon, J.P., Chambers, Hall and Hinds-Radix, JJ., concur.